UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**McDONALD'S CORPORATION and McDONALD'S USA, LLC,**

    Plaintiffs,

  v.

**COR ROUTE 31 COMPANY, LLC and COR CLAY COMPANY, LLC,**

    Defendants.
_____

**STIPULATION OF DISMISSAL PURSUANT TO FED R. CIV. P. 41**

Case No.: 5:13-cv-1015 (FJS/DEP)

  It is hereby stipulated and agreed, by and between the undersigned counsel, the attorneys of record for Plaintiffs and Defendants, no party being an infant or incompetent person or in the military service, as follows:

  1. This action, including all claims by Plaintiffs and all counterclaims by Defendants, is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a) and (c).

  2. Each party shall bear its own costs and fees, including attorneys' fees.

| MANNION & COPANI | BOUSQUET HOLSTEIN PLLC |
|---|---|
| /s/ Anthony F. Copani<br>Anthony F. Copani<br>Bar Roll No. 501700<br>*Attorneys for Defendants COR Route 31 Company, LLC and COR Clay Company, LLC*<br>306 Syracuse Building<br>224 Harrison Street<br>Syracuse, New York 13202<br>Tel: 315-478-3500<br>Fax: 315-478-0204 | /s/ Michael D. Gadarian<br>Michael D. Gadarian<br>Bar Roll No. 517198<br>*Attorneys for Plaintiffs McDonald's Corporation and McDonald's USA, LLC*<br>110 West Fayette Street, Suite 900<br>Syracuse, New York 13202<br>Tel: 315-422-1391<br>Fax: 315-701-7932 |

2154339

**IT IS SO ORDERED:**

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: December 16, 2013
   Syracuse, NY